UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FISHER CREEK PARTNERS, LLC and THE HEADWATERS RANCH, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 4:18-cv-515-CWD<br>Case No. 4:18-cv-516-CWD<br>Case No. 4:18-cv-517-CWD<br>Case No. 4:18-cv-518-CWD<br>Case No. 4:18-cv-519-CWD<br>Case No. 4:18-cv-520-CWD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CONTINUED STAY** |

The Parties' Joint Motion for Continued Stay having come before the Court and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. The above-captioned actions are stayed through August 15, 2019.

2. The Parties will update the Court as to their progress in reaching a settlement on or before August 15, 2019.

3. If the Parties inform the Court that negotiations are no longer fruitful and that the stay should not be extended, in some or all of the above-captioned actions, Defendant's Answer(s) will be filed by August 30, 2019 and the Parties shall submit litigation and discovery plans and request that the Court schedule a status or scheduling conference(s).

**IT IS SO ORDERED**.

DATED: May 24, 2019

_/s/ Candy W. Dale_
Candy W. Dale
U.S. Magistrate Judge