UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HANS L. AND MARY S. CARSTENSEN III AND DUKE ROHLEN AND KENDALL SIMPSON ROHLEN, AS TRUSTEES OF THE ROHLEN REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 4:18-cv-00515-CWD <br><br> **ORDER GRANTING MOTION FOR DISCLAIMER OF INTEREST AND DISMISSING CASE** |

Before the Court is the parties' joint motion for an order confirming disclaimer of interest and dismissing the case. (Dkt. 35.) For the reasons stated therein, the Court will grant the motion and dismiss the case as stated below.

**ORDER**

THEREFORE IT IS HEREBY ORDERED that the Joint Motion for Disclaimer of Interest and Dismissing the Case (Dkt. 35) is **GRANTED** as follows:

1) Defendant's disclaimer pursuant to 28 U.S.C. § 2409a(e) of all interest adverse to the right-of-way claimed by Plaintiffs is **CONFIRMED**, in accordance with the parties' Stipulation for Compromise Settlement and Release of Claims (Dkt. 35-1), which is incorporated herein. Pursuant to the Stipulation, this Order confirming the

United States' disclaimer of interest is the equivalent of an Order quieting title to the claimed right-of-way under the 1866 Act and defining its scope, and shall be recordable as an Order confirming Plaintiffs' title to the right-of-way and its scope as set forth in the Stipulation.

2)     This matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

DATED: February 2, 2021

Honorable Candy W. Dale
United States Magistrate Judge